# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 14, 2021

163220 & (43)(47)(51)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                         SC: 163220
                                                          COA: 357389
                                                          Ottawa CC: 21-044265-AR

MARSHA PLAFKIN,
        Defendant-Appellant.

_____/

        On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the June 22, 2021 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions to impose sanctions are DENIED.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 14, 2021



a0713

                                                          Clerk